IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ITIUS WYNN, | § | |
| | § | No. 451, 2018 |
|     Plaintiff Below, | § | |
|     Appellant, | § | Court Below: Superior Court of the |
| | § | State of Delaware |
|     v. | § | |
| | § | C.A. No. K18A-07-007 |
| DELAWARE DEPARTMENT OF | § | |
| CORRECTION, JAMES T. | § | |
| VAUGHN CORRECTIONAL | § | |
| CENTER & INMATE GRIEVANCE | § | |
| COMMITTEE, | § | |
| | § | |
|     Defendants Below, | § | |
|     Appellees. | § | |

Submitted: September 19, 2018
Decided: September 24, 2018

**O R D E R**

On September 5, 2018, the Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file the notice of appeal within thirty days. The appellant received the notice to show cause on September 8, 2018, but did not respond to it. Any response was due to be filed by September 18, 2018. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice